107 F.3d 4
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
UNITED STATES of America, Appellee,
v.
Pedro CARDONA, aka Memo, and Anibal Jesus Arango-Monsalde,
aka Ivan, Defendants,
Alvaro BETANCUR-ESTRADA, Defendant-Appellant.
 No. 96-1242.
 United States Court of Appeals, Second Circuit.
 Feb. 12, 1997.
 
 Appearing for Appellant: Alvaro Betancur-Estrada, pro se, Butner, North Carolina.
 Appearing for Appellee: Patrick J. Smith, Assistant United States Attorney for the Southern District of New York, New York, New York.
 Before OAKES, WINTER and CABRANES, Circuit Judges.
 
 
 1
 Alvaro Betancur-Estrada, pro se and incarcerated, appeals from Judge Cedarbaum's denial of his motion for a reduction in sentence. Betancur-Estrada claims that he is entitled to a two-level decrease in his offense level, pursuant to Amendment 515 to the United States Sentencing Guidelines § 2D1.1(b) and Guidelines § 5C1.2, which took effect on November 1, 1995--after Betancur-Estrada was sentenced for a drug offense in April 1995. The Sentencing Commission has authorized a retroactive reduction in imprisonment as a result of subsequent lowering of the guideline range only where the reduction results from one of the amendments listed in Section 1B1.10(c). 18 U.S.C. § 3582(c)(2). Amendment 515 is not among the sections listed and thus has no retroactive application.
 
 
 2
 We therefore affirm.